# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

    **-vs-**　　　　　　　　　　　　　　　　　　**Case No. 07-CR-178**

**SCENARIO RICHARDSON,**

        Defendant.

## DECISION AND ORDER

The above-captioned case was set for a jury trial on December 3, 2007. The speedy trial date was established at December 10, 2007.

The defendant, Scenario Richardson ("Richardson"), is currently in state custody on two felonies.

On November 20, 2007, Richardson was sent a plea agreement, admitted his guilt and de-briefed with the government. One week later, Richardson decided to plead not guilty and proceed to trial. Because the Court was under the belief that all parties (there are four defendants) were prepared to plead guilty, the Court did not schedule a jury for the December 3, 2007, date and was informed by the government, which was under the same belief that Richardson would plead guilty along with the other defendants, that it was not prepared to go to trial on December 3, 2007. The government requested that the trial be rescheduled to December 10, 2007, which was within the original speedy trial date deadline. The Court could not proceed to trial on December 10, 2007, because it had another firm case

for trial jury trial on that date. In addition, Richardson's attorney was unavailable to try the case on December 10, 2007, and requested a date of December 17, 2007. Richardson is prepared to waive his right to a speedy trial for this period of time only.

The Court finds that an adjournment for trial of this case beyond the December 10, 2007, deadline is appropriate because such action outweighs the best interest of the public and the defendant in a speedy trial.

An adjournment will allow sufficient time for the government and the defendant to adequately prepare this case for trial. While counsel indicated to the Court that they could go to trial with only a one week extension of the speedy trial date, the Court, especially in light of Richardson's late hour decision to go to trial, finds that the ends of justice are better served with a longer extension. Richardson is currently confined and because of the confinement the Court concludes that additional time is necessary to prepare an adequate prosecution and defense of this case.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

The Court will adjourn this case. A hearing to reschedule the trial is set for **Tuesday, December 18, 2007, at 10:15 A.M. in Courtroom 320.**

Dated at Milwaukee, Wisconsin, this 14th day of December, 2007.

                        **SO ORDERED,**

                        s/ Rudolph T. Randa
                        **HON. RUDOLPH T. RANDA**
                        **Chief Judge**